| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) \| B. Date of Delivery<br>JUL 27 2001<br>C. Signature CENTRAL CARTAGE, INC.<br>X /s/ _____ ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>CUNA Mutual Group<br>5910 Mineral Point Road<br>Madison, WI 53701-0391 | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☑ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Copy from service label)<br>7099-3220-0009-6888-2386 | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952 | |

1:01-CV-1265
Judge Rambo

FILED
HARRISBURG, PA
SEP 04 2001
MARY E. D'ANDREA, CLERK
Per _____

TO: (Name and address of defendant)

(SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen R. Pedersen, Esq.
214 Senate Av. Suite 602
Camp Hill, Pa. 17011

an answer to the complaint which is herewith served upon you, within ___(20) Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea                           July 9, 2001
CLERK                                      DATE

/s/ George T. Gardner
(BY) DEPUTY CLERK
        George T. Gardner

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF __Nancy Hall_____ COURT CASE NUMBER __1:01-CV-1265__
DEFENDANT __CUNA Mutual Group___ TYPE OF PROCESS __Certified Mail-
                                                    Return Receipt Request.

SERVE __CUNA Mutual Group/CUNA Mutual Insurance Society, Defendants__
        (Name individual, company; corporation, etc. to be served)

AT __5910 Mineral Point Road, Madison, WI 53705_____
            (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

_____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

_____ I have personally served individual, company or corporation above.

__X__ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is __Pa.R.C.P._____. If certified mail was authorized, attach green cards to this form.

__X__ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: __Mark O. Richardson_____
TITLE (IF ANY) OF PERSON SERVED: __Law Specialist II_____
ADDRESS WHERE SERVED: __5910 Mineral Point Road, Madison WI 53705__

DATE AND TIME OF PERSONAL SERVICE: __July 27, 2001_____
REMARKS: _____

__8-30-01__                    _[signature]_
   Date                        Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
        OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
        (Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

## WAIVER OF SERVICE OF SUMMONS

TO:   STEPHEN R. PEDERSEN, ESQ.
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of  NANCY HALL  vs.  CUNA MUTUAL GROUP, et al., which is case number  1:01-CV-1265  in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after  7/24/01  (date request was sent), or within 90 days after that date if the request was sent outside the United States.

8/23/01
Date

Signature

Printed/Typed Name:  MARK O. RICHARDSON

Title if any:  LAW SPECIALIST II

Address:  CUNA MUTUAL GROUP
5910 MINERAL POINT RD
MADISON, WI  53705

For Corporation, if any:  CUNA MUTUAL GROUP

Representing defendant(s) if any: _____