IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nancy Hall, individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband,<br>Plaintiff | : CIVIL ACTION - LAW<br>:<br>:<br>: |
| v. | : 1:01-CV-1265 |
| Cuna Mutual Group, Cuna Mutual Insurance Society,<br>Defendants | :<br>:<br>: Judge Sylvia H. Rambo |

FILED
HARRISBURG
SEP 0 5 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### ENTRY OF APPEARANCE

TO:   CLERK OF COURT

Please enter our appearance on behalf of Defendants in the above-referenced matter.

McNEES WALLACE & NURICK LLC

By_____
Michael R. Kelley
Charles T. Young
100 Pine Street
P.O. Box 1166
Harrisburg, PA  17108-1166
(717) 237-5322

Attorneys for Defendants
CUNA Mutual Group and CUNA Mutual
  Insurance Society

Dated: 9/5/01

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the foregoing document was served by first-class mail, postage prepaid, upon the following counsel of record.

Stephen R. Pedersen, Esquire
214 Senate Avenue, Suite 602
Camp Hill, PA 17011

Catherine Mahady-Smith, Esquire
3115-A N. Front Street
Harrisburg, PA 17110

Michael R. Kelley

Attorney for Defendants
CUNA Mutual Group and CUNA Mutual
   Insurance Society

Dated: 9/5/01