IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

⑧
11-9-01
MR

| | |
|---|---|
| **Nancy Hall** | CASE NO. 1:01-CV-1265 |
| vs. | |
| **CUNA Mutual Group, et al.** | DATE: November 9, 2001 @ 8:45 AM |

Judge Sylvia H. Rambo presiding in Chambers

Proceeding: Case Management Conference

Time Commenced: ___8:45___          Time Terminated: ___8:45___

APPEARANCES

FILED
HARRISBURG, PA
NOV 09 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Plaintiff's Counsel:                    Defendant's Counsel
_Pedersen_                              _Kelley_
_Mahady-Smith_

REMARKS: Amend x [pleadings]   3/15/02
         Discovery              4/1/02
         P's expert             5/1
         D's  "                 5/31
         Supp-                  6/14
         Disp-                  7/1
         Trial                  Oct '02