IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NANCY HALL,

    Plaintiff

v.

CUNA MUTUAL GROUP;
AND CUNA MUTUAL INSURANCE,

    Defendants

CIVIL NO. 1:CV-01-1265

FILED
HARRISBURG, PA
MAR 0 7 2002
MARY E. D'ANDREA, CLERK
Per _____

**ORDER**

During a discovery conference call held this date, Plaintiff requested a ruling from the court concerning Plaintiff's requests to depose (1) the president of CUNA; (2) a designated representative regarding CUNA's profits and losses; (3) a designated representative concerning statistical information regarding CUNA claims denial and policy recission; and (4) a designated representative from CUNA's legal department. Defendants oppose all of the requested depositions.

Upon consideration thereof, **IT IS HEREBY ORDERED THAT**:

1) Plaintiff's requests to depose the president of CUNA and a representative from the law department are denied.

2) Plaintiff's request to depose a designated representative regarding CUNA's profits and losses is granted in part and denied in part as follows:

    a) Inquiry may be made of the designated representative concerning profits and losses insofar as it is related to Plaintiff's theory

regarding the profits of CUNA relative to its policy of its claims denial and policy recission.

     b) The overall profits and losses of CUNA can be furnished through the company's annual statement of profit and loss from the date of the incident to the present.

3) The request to depose a designated representative regarding statistical information on the claims denial and policy recission is granted.

                                                      _/s/ Sylvia H. Rambo_
                                               SYLVIA H. RAMBO
                                               United States District Judge

Dated: March 7, 2002.