cc: CAJB                                                                                                   ⑪
                                                                                                            3-8-02

<u>Hall v. CUNA Mutual Group</u>                                                    TIME: <u>11:45 a.m.</u>
          IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


### MINUTES OF CONFERENCE

CASE No. <u>**1:CV-01-1265**</u>

DATE <u>    March 7, 2002    </u>

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference <u> Discovery Dispute </u>

Time Commenced <u> 11:40 </u>    Time Terminated <u> 12:00 </u>

| **PLAINTIFF:** | **APPEARANCES** | **DEFENDANT:** |
|---|---|---|
| Pederson | Kelley | |

FILED
HARRISBURG PA
MAR 07 2002
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

### REMARKS

Discussion re P's request for depositions P desires to depose: Pres. of CUNA; a designated representative re profits & loss of CUNA; a designated rep. to give statistical information regarding claims denials & policy rescissions; and a rep. of the law dept. —

Grant 2; limited inquiry re ~~third~~ second issue; grant #3; deny #4.