

2 TO CT w/propo.

ORIGINAL

(12)
3-18-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Nancy Hall, individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband, **Plaintiff** | : : : : : : | CIVIL ACTION - LAW |
| v. | : : | 1:01-CV-1265 |
| Cuna Mutual Group, Cuna Mutual Insurance Society, **Defendants** | : : : : | Judge Sylvia H. Rambo ✓ |

### DEFENDANT CUNA MUTUAL INSURANCE SOCIETY'S MOTION TO AMEND CAPTION OF THE CASE

Defendant, CUNA Mutual Insurance Society, by and through its attorneys, McNees Wallace & Nurick LLC, hereby files this Motion to Amend the Caption of the Case. In support of its Motion, CUNA Mutual Insurance Society avers as follows:

1. Plaintiff initiated this action against Defendants, CUNA Mutual Insurance Society and "CUNA Mutual Group."

2. The term "CUNA Mutual Group" is a trademark, which is used in connection with CUNA Mutual Insurance Society and its subsidiaries. (*See* Appendix, at Exhibit "A," Declaration of Richard A. Fischer).

3. "CUNA Mutual Group" is not a corporation, and it is not a recognized legal entity of any sort or variety.

4. The Certificate of Insurance issued to Tommy B. Hall specifically defined the insurer as CUNA Mutual Insurance Society. The Certificate stated that, **"WE, US, OUR or THE SOCIETY** means the CUNA Mutual Insurance Society of Madison, Wisconsin." (*See* Appendix, at Exhibit "B," relevant page of Certificate of Insurance).

5. Because the term "CUNA Mutual Group," is not a legal entity, and the insurance policy in question was issued by Defendant CUNA Mutual Insurance Society, the caption of the action should be amended, the term "CUNA Mutual Group" should be removed, and "CUNA Mutual Group" should cease to be a Defendant in this action.

WHEREFORE, Defendant CUNA Mutual Insurance Society respectfully requests that the caption of the Complaint be amended, that the term CUNA Mutual Group be removed from the caption, and that CUNA Mutual Group cease to be a Defendant in this action.

McNees Wallace & Nurick LLC

By _____
Michael R. Kelley
Charles T. Young, Jr.
P.O. Box 1166
100 Pine Street
Harrisburg, PA 17108-1166
Phone: (717) 237-5322
Fax: (717) 237-5300

Dated: March 15, 2002

2

## CERTIFICATE OF NON-CONCURRENCE

I, Charles T. Young, Jr., hereby certify that on this 14th day of March, 2002, I have contacted the office of Plaintiff's counsel, Stephen R. Pedersen, and he does NOT concur in this Motion to Amend the Caption of the Case.

_____
Charles T. Young, Jr.

## CERTIFICATE OF SERVICE

I, Charles T. Young, Jr., hereby certify that on this 15TH day of March, 2002, a true and correct copy of the foregoing Motion to Amend the Caption of the Case was served by U.S. First-Class mail, postage prepaid, upon the following:

>Stephen R. Pedersen, Esquire
>214 Senate Avenue, Suite 602
>Camp Hill, PA  17011
>
>Catherine Mahady-Smith, Esquire
>3115-A N. Front Street
>Harrisburg, PA  17110

_____
Charles T. Young, Jr.
Counsel for Defendants