ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Nancy Hall, individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband, | : : : : | **CIVIL ACTION - LAW** |
| Plaintiff, | : | |
| | : | **1:01-CV-1265** |
| CUNA Mutual Group, Cuna Mutual Insurance Society, | : : | |
| Defendants. | : | Judge Sylvia H. Rambo |

FILED
HARRISBURG, PA
APR 0 8 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**PLAINTIFF'S RESPONSE TO CUNA MUTUAL'S
MOTION TO AMEND CAPTION**

### I. STATEMENT OF FACTS

On or about November 18, 1998, Plaintiff, Nancy Hall, and her late husband, Tommy B. Hall, refinanced the mortgage on their home in Fayetteville, Franklin County, Pennsylvania. As part of refinancing the mortgage, Mr. Hall purchased mortgage insurance through his lender, Patriot Federal Credit Union. Defendant, CUNA Mutual Group and CUNA Mutual Insurance Society, issued a policy to the Patriot Federal Credit Union and to Mr. and Mrs. Hall.

On or about November 4, 1999, Mr. Hall died as a result of a metastatic melanoma. Within a few days thereafter, Plaintiffs submitted a claim for benefits under the group mortgage insurance policy. Defendants denied Plaintiffs' claim for benefits, asserting that Plaintiff's decedent had submitted a false application for mortgage insurance in that he had failed to disclose a prior doctor visit in 1993. Defendants improperly reported the conduct of Plaintiff's decedent

1

to the Fraud Section of the Pennsylvania Department of Insurance.

## II. **PROCEDURAL HISTORY**

On July 9, 2001, Plaintiff Nancy Hall commenced this action, both individually and as the administratrix of the Estate of her late husband, by filing a Complaint against Defendants, CUNA Mutual Insurance Society and CUNA Mutual Group.

On March 15, 2002, Plaintiff filed a Motion to Amend the Complaint, seeking permission to allege, among other things, Defendants continued bad faith, negligence, breach of contract and other tortious conduct when the Defendants, despite a wide range of additional information, denied Plaintiffs' claims for benefits under the policy. The Court, in its initial Case Scheduling Order, allowed the parties until March 15, 2002, to amend the pleadings.

Plaintiffs served a true and correct copy of the Complaint upon CUNA Mutual Group, Postage Article No. 7099-3220-0009-6888-2386 and service was accepted by an individual's name who appears to be Robyn Hermanson, of CUNA Mutual Group. A true and correct copy of the registered, return-receipt is attached hereto as Exhibit A. Service was also made and effectuated upon CUNA Mutual Insurance Society, separately. An Entry of Appearance was made on behalf of CUNA Mutual Group and CUNA Mutual Insurance Society, both. A copy of the first page of the Answer to Complaint and Affirmative Defenses is attached hereto as Exhibit B. Every document filed in this case by the Defendants has been filed on behalf of CUNA Mutual Group and CUNA Mutual Insurance Society. Plaintiffs request that the Court take judicial notice of all of the legal filings in this case.

On or about March 15, 2002, Defendants filed, for the first time, a document seeking to remove CUNA Mutual Group as a Defendant from the case. CUNA Mutual Group did not bring a Motion to Dismiss or any other dispositive motion, but simply seeks to strike itself from the caption of the case and thus bar any further legal proceedings against it. CUNA Mutual Group now asserts that it is not a legal entity of any sort based upon an Affidavit, self-serving in nature, stating simply that it is not a legal entity.

### III.  STATEMENT OF QUESTION INVOLVED

Whether Defendant, CUNA Mutual Group, can be dismissed from a case after having duly been served and accepting process, by simply seeking to have its name stricken from the caption.

### IV.  ARGUMENT

In the instant action, Plaintiff filed suit against CUNA Mutual Insurance Society and CUNA Mutual Group and served each entity separately as is evidenced by Exhibits A and B. CUNA Mutual Group did not seek dismissal in the action, but rather, obtained representation and filed pleadings and court documents in its defense in this case, but failed to raise a Motion to Dismiss. Defendant CUNA Mutual Group has now submitted an Affidavit, self-serving in nature, which simply states that it is not a corporation or a legal entity of any sort.

In support of this Motion, CUNA Mutual cites to a number of cases, including My Favorite Muffin Too, Inc. vs. DK Holdings, Inc., 61F Supp. 2d 781, 784 (N.D. Ill. 1999); Desai vs. Tire Kingdom, Inc., 944 F. Supp. 876, 878 (M.D. Fla. 1996); Shoap vs. Kiwi S.A., 149 F.R.D. 509, 511 (M.D. Pa. 1993). In each of the cases cited by the Defendants, it was Plaintiffs

3

who sought leave to amend their own caption in order to properly state the name of a Defendant. It was not the Defendants who sought dismissal in a case simply by amending a caption. Accordingly, none of those cases stand for the proposition that a Defendant, having been duly served and entering an appearance in a case, can seek its own dismissal simply by having its name stricken from the caption.

Furthermore, Defendant, CUNA Mutual Group, has held itself out to the public, its insured and beneficiaries as an entity doing business. Attached hereto as Exhibit C are numerous letters and correspondence in this case in which CUNA Mutual Group's name appears as the party with whom Mrs. Hall and others are dealing and doing business.

Additionally, CUNA Mutual Group has disseminated to the public and has been disclosed in discovery to have disseminated annual statements detailing CUNA Mutual Group's assets, liabilities, profit, net worth, and names and pictures of members of their Board of Directors. It certainly contradicts the Affidavit prepared by CUNA Mutual Group that it is not a legal entity when, at the same time, CUNA Mutual Group has billions of dollars in assets and millions of dollars in profits annually. Additionally, CUNA Mutual Group has its own Board of Directors as is evidenced by the Annual Statements of CUNA Mutual Group, also attached as part of Exhibit C.

Lastly, Plaintiffs deposed a corporate designee in this case in which the corporate designee detailed some of the assets and liabilities and members of CUNA Mutual Group's Board of Directors. A true and correct copy of relevant portions of that deposition is attached hereto as Exhibit D.

4

## V. **CONCLUSION**

Defendant, CUNA Mutual Group, has been served in this case and must stand to answer for its conduct.  It is an improper legal maneuver for a Defendant to simply strike its name from a caption rather than having sought Dismissal or Summary Judgment.  Defendants cite no cases for the proposition that a Defendant may dismiss itself from the case by seeking to amend the caption. Rather, the Courts have allowed, at times, Plaintiffs to amend the caption in order to name a proper party.  Amending a caption is not a substitute for an untimely Motion to Dismiss or a Motion for Summary Judgment.  For these reasons, Plaintiffs request that CUNA Mutual Group and CUNA Mutual Insurance Society's Motion to strike CUNA Mutual Group from the caption in the instant action be denied.

Stephen R. Pedersen
214 Senate Avenue
Suite 602
Camp Hill, PA 17011
(717) 763-1170
Attorney for Plaintiffs

DATE: 4-8-02

## CERTIFICATE OF SERVICE

And now, this _8th_ day of _April_, 2002, I, Carleen S. Jensen, do hereby certify

that I have, this date, served a true and correct copy of the within **PLAINTIFF'S RESPONSE**

**TO CUNA MUTUAL'S MOTION TO AMEND CAPTION** upon each of the attorneys of

record at the following address(es) by sending same in the United States mail:

Michael R. Kelley, Esq.
Charles T. Young
100 Pine Street
P O Box 1166
Harrisburg, PA 17108-1166

Catherine Mahady-Smith, Esq.
3115-A N. Front Street
Harrisburg, PA 17110

DATE: _4-8-02_

Carleen S. Jensen
Assistant to Stephen R. Pedersen, Esquire
214 Senate Avenue, Suite 602
Camp Hill, PA 17011
(717) 763-1170

I. D. No. 72026
Counsel for Plaintiff

**EXHIBIT A**

...tified Mail Provides:

· mailing receipt

· unique identifier for your mailpiece

· signature upon delivery

· record of delivery kept by the Postal Service for two years

*...rtant Reminders:*

· ...ertified Mail may ONLY be combined with First-Class Mail or Priority Mail.

· ...ertified Mail is not available for any class of international mail.

· ...O INSURANCE COVERAGE IS PROVIDED with Certified Mail. For ...uables, please consider insured or Registered Mail.

· ...r an additional fee, a Return Receipt may be requested to provide proof of ...very. To obtain Return Receipt service, please complete and attach a Return ...ceipt (PS Form 3811) to the article and add applicable postage to cover the ... Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for ...uplicate return receipt, a USPS postmark on your Certified Mail receipt is ...uired.

· ...r an additional fee, delivery may be restricted to the addressee or ...ressee's authorized agent. Advise the clerk or mark the mailpiece with the ...orsement "Restricted Delivery".

· ... postmark on the Certified Mail receipt is desired, please present the artic... ... at the post office for postmarking. If a postmark on the Certified Mail ...

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) ___ CARTAGE, INC. ___ B. Date of Delivery JUL 27 2001 <br> C. Signature X _Tom Hermanson_ ☐ Agent ☐ Addressee <br> D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: <br><br> CUNA Mutual Group <br> 5910 Mineral Point Road <br> Madison, WI 53701- <br> 0391 | |
| | 3. Service Type <br> ☑ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☑ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. |
| 2. Article Number (Copy from service label) <br> 7099-3220-0009-6888-2386 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| PS Form 3811, July 1999 | Domestic Return Receipt   102595-00-M-0952 |

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nancy Hall, individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband, Plaintiff | : CIVIL ACTION - LAW<br>:<br>:<br>:<br>: |
| v. | : 1:01-CV-1265<br>: |
| Cuna Mutual Group, Cuna Mutual Insurance Society, Defendants | :<br>:<br>: Judge Sylvia H. Rambo |

## ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Defendants CUNA Mutual Group and CUNA Mutual Insurance Society ("CUNA")

hereby answers the Complaint in this matter as follows:

1.    Denied.  CUNA is without knowledge or information sufficient to form a belief as

to the truth of the averments set forth in this paragraph, and the same are therefore denied.

2.    Denied.  CUNA is without knowledge or information sufficient to form a belief as

to the truth of the averments set forth in this paragraph, and the same are therefore denied.

3.    Admitted in part and denied in part.  It is admitted that CUNA maintains offices at

5910 Mineral Point Road, Madison, Wisconsin.  CUNA is without knowledge or information

sufficient to form a belief as to the truth of the remainder of the averments set forth in this

paragraph, and the same are therefore denied.

4.    Admitted in part and denied in part.  It is admitted that CUNA has offices in

Madison, Wisconsin.  CUNA is without knowledge or information sufficient to form a belief as

**EXHIBIT C**

# ℞® CUNA MUTUAL GROUP

*CUNA Mutual Insurance Society*

P.O. Box 391 • 5910 Mineral Point Road
Madison, WI 53701-0391
Phone: 608/238-5851

## COVERAGE SCHEDULE
## Group Mortgage Insurance
## Decreasing Term Life

| POLICYHOLDER | CERTIFICATE NUMBER |
|---|---|
| PATRIOT FEDERAL CREDIT UNION<br>800 WAYNE AVE<br>PO BOX 778<br>CHAMBERSBURG PA 17201-0778 | 00032534<br><br>037-1485-6    000 |

| EFFECTIVE DATE OF INSURANCE | TERM OF INSURANCE |
|---|---|
| 01/01/1999 | SEE SCHEDULE OF BENEFITS |

### INSURED DEBTOR
### (Eligible Debtor No.1)

TOMMY B HALL
517 MT PLEASANT RD
FAYETTEVILLE, PA 17222

### DATE OF BIRTH
05/12/1955

### INSURANCE COVERAGE

Decreasing Term Life    YES

### AMOUNT OF INSURANCE ELECTED

Initial Amount of Decreasing Term Life        $  55,951.79

1206-159 (7/96)

**Michael E. Stel**
**SIU Manager**
Special Investigation Unit
Phone:    800 356 2644 Ext. 7168
Fax:       608/238-0830

 **CUNA MUTUAL GROUP**

February 22, 2000

Ms. Nancy Hall
517 Mt. Pleasant Rd.
Fayetteville, PA  17222

Member: Tommy B. Hall II
Contract No.: 037-1485-6

Dear Ms. Hall:

Mr. Hall's Home Mortgage Protection Insurance claim was referred to me for review.  You have my sincere condolences on your loss.

As Brenda Larson's February 10, 2000 letter explained, medical information obtained confirms that Mr. Hall did not disclose some medical information at the time he completed the application for Home Mortgage Insurance. Accurate completion of medical history is important to the underwriting process involved with an insurance application.

Due to the nature of this, we are required to inform the Pennsylvania Insurance Fraud Section of this matter.

If you have any questions or concerns regarding this letter, please contact me directly.  Thank you.

Sincerely,

Michael E. Stel
SIU Manager
Special Investigation Unit

cc: Patriot Federal Credit Union

February 10, 2000

**♔ CUNA MUTUAL GROUP**

*CUNA Mutual Insurance Society*

NANCY HALL
517 MT PLEASANT RD
FAYETTEVILLE PA  17222

Dear Mrs. Hall :                                          Certificate No.:  32534

We are very sorry to hear that your husband  Tommy Hall passed away.  You have our sincere
condolences and deepest sympathies on your loss.

After Tommy's death, we received a notice of claim under the Home Mortgage Insurance policy.  As with
all claims, we reviewed the application, death certificate, and medical information.  The review showed
that Tommy visited a doctor in 1993.  On the application, Tommy did not indicate this visit occurred.  Had
we known about the medical condition revealed during that visit, we would not have accepted the
application or issued a Certificate of Insurance.

The Home Mortgage Insurance contract you have with us has a provision that allows us to contest the
validity of policy information provided by a policy owner within two years of the date the contract was
issued.  In light of the facts discussed above, we are rescinding Decreasing Term Life Insurance
Certificate # 32534 issued to Tommy B. Hall in December of 1998.  As a result, no benefits will be paid
under this contract, either now or in the future.

In addition, we have forwarded the amount representing the premium that was paid for the insurance
coverage since the 11th day of December, 1998 to your account electronically at the credit union along
with a copy of this letter.

If you have any questions, please contact me at 1-800-356-2644, extension X7475.

Sincerely,

Brenda Larson
Life Underwriter
Credit Insurance Underwriting

Cc: Patriot Federal Credit Union

bl
X7475/2D-1/
opeiu-39

CC: Mike Stel

P.O. Box 391  ▪  5910 Mineral Point Road  ▪  Madison, WI 53701-0391
Business: 608/238-5851  ▪  Voice/TDD: 800/937-2644  ▪  Fax: 608/238-0830



**CUNA MUTUAL GROUP**

*CUNA Mutual Insurance Society*

December 15, 1999

NANCY HALL
517 MT PLEASANT RD
FAYETTEVILLE PA  17222

Dear Mrs. Hall:                                    Certificate No.:  32534

We are very sorry to hear that your husband Tommy  passed away.  You have our sincere condolences and deepest sympathies for your loss.

After Tommy's  death,  we received a notice of claim under the Home Mortgage Insurance policy.  As with all claims, we review the application, death certificate, and medical information.

At this time we are in need of additional information from you.  We have requested and received information from Ernest Charlesworth, M.D. who indicated he had only medical records from April 1998 to present.  In order to fully review the claim,  we are in need of the names,  addresses, and telephone numbers of physicians that Tommy received treatment from or consulted  from January 1993 to April 1998, in order to fully evaluate this claim.

You may contact us directly by phone with this information, or if you prefer, submit it in writing in the enclosed postage paid envelope.

If you have any questions, please contact me at 1-800-356-2644, extension X7475.  We thank you in advance for your prompt response to this request.

Sincerely,

*Brenda Larson*

Brenda Larson
Life Underwriter
Credit Insurance Underwriting

Enclosure

bl
X7475/2D-1/
opeiu-39

# MEMBERS HOME MORTGAGE PROTECTION II APPLICATION

**GROUP MORTGAGE INSURANCE**

PLEASE PRINT

CERTIFICATE NO. **32534**

**[A]**
Name *Tommy Bob Hall Jr.*
Address *517 Mt. Pleasant Rd*
*Fayetteville Pa 17222*
Home Phone ( 717 ) 352-9030
Social Security # 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
Date of Birth 5-12-55   Age 43   Sex ☒ M ☐ F
Height 5'6   Weight 200
Occupation *Truck Driver*

Name *Nancy M. Hall*
Borrower #2 (must be an eligible person who is jointly responsible for the loan)
Address *517 Mt. Pleasant Rd*
*Fayetteville Pa. 17222*
Home Phone ( 717 ) 852-9030
Social Security # 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
Date of Birth 6-28-63   Age 35   Sex ☐ M ☒ F
Height 5'5   Weight 165
Occupation *Housewife*

**[B]**

| Borrower #1 | | Borrower #2 | | |
|---|---|---|---|---|
| Yes | No | Yes | No | |
| ☐ | ☒ | ☐ | ☒ | 1. Have you ever been treated for or diagnosed by a member of the medical profession as having any of the following? (Please check the box and circle condition(s) that applies.) Diabetes; high blood pressure; chest pain; heart, blood, blood vessel, lung or breathing disorders; cancer; epilepsy; stroke; pneumonia(s); arthritis; brain, mental, nervous, back, neck, joint or muscular disorders; stomach, intestines, liver, pancreas, or kidney disorders; cirrhosis; drug or alcohol abuse; acquired immune deficiency syndrome or AIDS related complex; or tested positive for antibodies to the AIDS virus? (NOTE TO RESIDENTS OF ME, ND, VT AND WI: You do not have to disclose positive test results for the antibodies to the AIDS Virus.) |
| ☐ | ☒ | ☐ | ☒ | 2. During the past 3 years, have you for any reason been hospitalized? |
| ☐ | ☒ | ☐ | ☒ | 3. Have you used tobacco in any form within the past 24 months? |
| ☒ | ☐ | ☐ | ☒ | 4. Are you now gainfully employed on a full-time basis and presently working 25 hours a week or more? PA. |

Name and Address of Family Physician *Dr. Earl Charlesworth 144 S 8th St. Chambersburg 17201*

GIVE FULL DETAILS BELOW FOR ANY HEALTH PROBLEM INDICATED IN THIS SECTION.

| Name of Person | Name & Address of Physician | Nature of Condition | Dates & Duration |
|---|---|---|---|
| | | | |

**[C]** LIFE COVERAGE: ☒ Single ☐ Joint
1. Amount of Insurance Requested ... $56,000.00
(Your loan balance, up to $250,000)
2. Life Insurance Charge. $ __
(Refer to rate table)

DISABILITY COVERAGE: ☐ Single ☐ Joint ☒ No Coverage
Amount of Insurance Benefit Requested ... $ __
(Your monthly payment, up to $1,650 for eligible and $1,500 for joint coverage)
Disability Insurance Charge $ __
(Refer to rate table)
NOTE: You must apply and be approved for LIFE to be eligible for DISABILITY coverage. If you select Joint Disability coverage and benefits will be split equally between Borrower #1 and #2. If the insurance you applied for is approved, it will become effective on the date of approval or, if later, the effective date of the loan as shown on this Application.

**[D] CONSUMER PROTECTIVE AUTHORIZATION**
**Consumer Authorization Form**

These answers are true and complete to the best of my knowledge and belief. To determine my insurability, or for claim purposes, I authorize any medical practitioner or institution, insurance company or the Medical Information Bureau, Inc., Consumer Reporting Agency or employer to give any information about my physical or mental health condition, treatment, or any non-medical information to CUNA Mutual Insurance Society, or its reinsurer. I agree that this authorization shall be valid for 30 months from the application date. I have read the Consumer Privacy Notice pertaining to the Medical Information Bureau and required by the Fair Credit Reporting Act. The Society shall incur no liability until this application is approved by the Society and the first premium paid.

By signing this application, I acknowledge that I understand that the policy contains a war exclusion. Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

I authorize my financial institution to pay my insurance premiums as indicated above to CUNA Mutual Insurance Society by Electronic Funds Transfer from my credit union account or collect these premiums with my regular loan payment, according to my financial institution's discretion. As my financial institution you will be fully protected by honoring these payments until you receive written notice from me cancelling this request.

X *Tommy Bob Hall Jr.*  11-18-98
SIGNATURE OF BORROWER #1   DATE

X *Nancy M Hall*  11-18-98
SIGNATURE OF BORROWER #2   DATE

**[E] TO BE COMPLETED BY LENDER OR SERVICING FIRM**
Mortgageholder Name *Patriot Federal Credit Union*
Contract No. 030.148510
Member Account No 67-10337220
Original Loan Term 30 years
Months To Run 360
Loan Balance After Last Payment 55951.79

Date Last Payment Was Made Jan 1. 1999
Monthly Principal And Interest 582.21
Total Monthly Mortgage Payment $782.21
APR 6.75
Loan Effective Date Jan 1. 1999 (Closed Nov 18, 98)
Is this application renewed or amend an existing Group Mortgage Insurance Certificate? ☐ Yes ☒ No
Certificate No. 836900-0987

I/We understand that this insurance is optional and is not a condition or requirement for approval of my/our loan. My monthly premium will be $ __ × 12 = an estimated annual premium of $ __

HMP  DEC 0 1 1998

🔔 **CUNA MUTUAL GROUP**
CUNA Mutual Insurance Society

P.O. Box 391, 5910 Mineral Point Road
Madison, WI 53701-0391

**℞. CUNA MUTUAL GROUP**

*CUNA Mutual Insurance Society*

November 12, 1999

ERNEST CHARLESWORTH MD
144 S 8TH ST
CHAMBERSBURG PA  17201

Dear Dr. Charlesworth:                    Certificate No.:  32534

We have received a claim for benefits for your patient Tommy Bob Hall.

To fairly evaluate the claim submitted, we are in need of a copy of the patients medical records for the last 5 years.  The patient has authorized us to obtain additional information and a signed authorization is attached.

Your early reply is appreciated, permitting us to take prompt action on the pending claim.  If you require a fee to cover your clerical costs in providing this information, you may bill us when forwarding the information.

If you have any questions, please contact me at 1-800-356-2644, extension X7475.

Sincerely,

*Brenda Larson*

Brenda Larson
Life Underwriter
Credit Insurance Underwriting

Enclosure

bl
X7475/2D-1/
opeiu-39

(D) CONSUMER PROTECTIVE AUTHORIZATION
Consumer Authorization Form
These answers are true and complete to the best of my knowledge and belief  To determine my insurability, or for claims purposes, I authorize any medical practitioner or institution, insurance company or the Medical Information Bureau, Inc., Consumer Reporting Agency, or employer to give any information about my physical or mental health condition, treatment, or any non-medical information to CUNA Mutual Insurance Society, or its reinsurer  I agree that this authorization shall be valid for 30 months from the application date  I have read the Consumer Privacy Notice pertaining to the Medical Information Bureau as required by the Fair Credit Reporting Act
The Society shall incur no liability until this application is approved by the Society and the first premium paid
By signing this application, I acknowledge that I understand that this policy contains a war exclusion. Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud
I authorize my financial institution to pay my insurance premiums as indicated above to CUNA Mutual Insurance Society by Electronic Funds Transfer from my credit union account or collect this premium with my regular loan payment, according to my financial institutions discretion  As my financial institution you will be fully protected in honoring these payments until you receive written notice from me cancelling this request

X _Tommy Bob Hall_  11-18-98        X _Tommy Bob Hall_  11-18-98
SIGNATURE OF BORROWER #1   DATE          SIGNATURE OF BORROWER #2   DATE

HMP    NOV 2 9 1999

P.O. Box 391 ▪ 5910 Mineral Point Road ▪ Madison, WI 53701-0391
Business: 608/238-5851 ▪ Voice/TDD: 800/937-2644 ▪ Fax: 608/238-0830



**CUNA MUTUAL GROUP**

*CUNA Mutual Insurance Society*

December 1, 1998

Tommy Bob Hall II
517 Mt Pleasant Rd
Fayetteville PA 17222

Dear Mr. Hall:

Certificate No.: 32534

Thank you for your application for Credit Union Home Mortgage Protection Insurance.

I am reviewing the application and notice you forgot to complete the following:

Have you used tobacco in any form within the past 24 months? _____ yes _____ no

Signature _____

A postage-paid envelope is provided for you and we appreciate your early reply, as there is no coverage in force at this time.

Sincerely,

Carolyn McQueen /Ka

Carolyn McQueen, Life Underwriter
Credit Insurance Underwriting

CM:kmb:5026
opeiu-39
enc.

HMP DEC 10 1998

PO Box 391 • 5910 Mineral Point Road • Madison, WI 53701-0391
Business 608/238-5851 • Voice/TDD 800/937-2644 • Fax 608/238-0830

**CUNA MUTUAL GROUP**

*CUNA Mutual Insurance Society*
P O Box 391 - 5810 Mineral Point Road
Madison, WI 53701-0391
Phone 800/937-2644

**FOR YOUR RECORDS ONLY**

Corrections/Changes Made To Your Application

Certificate No. 32534

| DEBTOR/BORROWER NO. 1 | | | | DEBTOR/BORROWER NO. 2 | | | |
|---|---|---|---|---|---|---|---|
| Name Tommy Bob Hall | | | | Name | | | |
| Street Address | | | | Street Address | | | |
| City | State | | Zip | City | State | | Zip |
| Home Phone | Social Security Number | | Date of Birth | Home Phone | Social Security Number | | Date of Birth |
| Age | Sex ☐ M ☐ F | Height | Weight | Age | Sex ☐ M ☐ F | Height | Weight |
| Occupation | | | | Occupation | | | |
| Contact Person | | | | | | | |
| Date | | Time | | | Telephone Number | | |
| Comments | | | | | | | |

| LIFE COVERAGE: ☒ Single ☐ Joint | DISABILITY COVERAGE: ☐ Single ☐ Joint ☐ No Coverage |
|---|---|
| Amount of Insurance Requested $ 55,951 79 | Amount of Insurance Requested $ |
| Life Insurance Charge $ 31.92 | Disability Insurance Charge $ |
| Comments | |

| TO BE COMPLETED BY LENDER OR SERVICING FIRM | | |
|---|---|---|
| Mortgageholder's Name | Contract Number | Member Account Number |
| Original Loan Term | Current Loan Balance | Date Last Payment Was Made (If new date of first payment) |
| Monthly Principal & Interest | Total Monthly Mortgage Payment | Interest Rate |
| Loan Effective Date | If this member currently has an existing HMP certificate is this application to replace the existing coverage? ☐ Yes ☐ No | |

1205-137 (R9/96)



CUNA Mutual Group 2000 Annual Report

With our goals clearly defined and our 5,000-plus employees fully focused on doing whatever it takes to make credit unions succeed, we are well-positioned to continue as your trusted business partner – the one who, by its values and strategies, is totally committed to your success.

It continues to be our pleasure to serve you.

Sincerely,

**MICHAEL B. KITCHEN** *(left)*
President & Chief Executive Officer
CUNA Mutual Group

**NEIL A. SPRINGER** *(right)*
Chairman of the Board
CUNA Mutual Group

## COMBINED FINANCIAL INFORMATION
(000,000'S OMITTED)

|  | CUNA MUTUAL GROUP | | CUNA MUTUAL LIFE INSURANCE COMPANY | | COMBINED* | |
|---|---|---|---|---|---|---|
|  | **2000** | 1999 | **2000** | 1999 | **2000** | 1999 |
| Assets | $ **3,730** | $ 3,659 | $ **5,139** | $ 4,861 | $ **8,845** | $ 8,497 |
| Total Surplus** | **616** | 591 | **283** | 279 | **899** | 870 |
| Revenues | **2,056** | 1,982 | **1,011** | 993 | **3,014** | 2,922 |
| Benefits to Policyowners | **1,269** | 1,246 | **875** | 850 | **2,144** | 2,096 |
| Life Insurance in Force | **97,639** | 95,220 | **14,931** | 14,511 | **109,180** | 106,547 |

\* ENTRIES TO ELIMINATE TRANSACTIONS BETWEEN CUNA MUTUAL GROUP AND CUNA MUTUAL LIFE HAVE BEEN MADE; THEREFORE AMOUNTS MAY NOT SUM.
\*\* STATUTORY SURPLUS PLUS ASSET VALUATION RESERVE (AVR).

**CUNA MUTUAL GROUP DECEMBER 31, 2000 AND 1999**

AMOUNTS IN THOUSANDS/UNAUDITED

| Assets | | |
|---|---:|---:|
| Bonds and Notes | $ 2,589,601 | $ 2,577,114 |
| Equity Securities | 314,115 | 295,679 |
| Mortgage Loans | 138,870 | 126,370 |
| Real Estate | 49,309 | 60,632 |
| Policy Loans | 12,556 | 12,159 |
| Cash & Short-term Investments | 143,118 | 179,030 |
| **Total Cash and Invested Assets** | 3,247,569 | 3,250,984 |
| Accrued Investment Income | 43,525 | 40,133 |
| Premiums Receivable | 146,416 | 134,296 |
| Other Assets | 292,138 | 233,919 |
| **Total Assets** | $ 3,729,648 | $ 3,659,332 |
| **Liabilities and Policyowners' Surplus** | | |
| Insurance and Annuity Reserves | $ 1,914,184 | $ 1,867,530 |
| Premium and Deposit Funds | 515,959 | 537,403 |
| Unearned Premiums | 175,039 | 170,127 |
| Dividends Payable to Policyowners | 8,023 | 9,732 |
| Other Liabilities | 500,394 | 483,902 |
| **Total Liabilities** | 3,113,599 | 3,068,694 |
| **Total Policyowners' Surplus plus Asset Valuation Reserve** | 616,049 | 590,638 |
| **Total Liabilities and Policyowners' Surplus** | $ 3,729,648 | $ 3,659,332 |

| Operating Revenues | | |
|---|---:|---:|
| Life and Health Premiums and Deposits | $ 1,302,058 | $ 1,271,226 |
| Property and Casualty Premiums | 336,340 | 320,560 |
| Net Investment Income | 198,410 | 194,517 |
| Other Income | 213,465 | 175,208 |
| **Total Operating Revenues** | 2,050,273 | 1,961,511 |
| **Benefits and Expenses** | | |
| Life and Health Insurance Benefits | 1,064,084 | 1,054,315 |
| Property and Casualty Insurance Benefits | 199,728 | 183,186 |
| Operating Expenses | 562,828 | 552,121 |
| Dividends to Policyowners | 5,557 | 8,614 |
| Other Expenses | 151,037 | 118,297 |
| **Total Benefits and Expenses** | 1,983,234 | 1,916,533 |
| **Operating Income Before Federal Income Tax Expense and Net Realized Capital Gains** | 67,039 | 44,978 |
| **Federal Income Tax Expense** | 21,173 | 15,146 |
| **Operating Income Before Net Realized Capital Gains** | 45,866 | 29,832 |
| **Net Realized Capital Gains** | 3,392 | 20,241 |
| **Net Income** | $ 49,258 | $ 50,073 |

'DOES NOT INCLUDE THE FINANCIAL POSITION AND RESULTS OF OPERATIONS OF CUNA MUTUAL LIFE INSURANCE COMPANY, CUNA MUTUAL GROUP'S PERMANENT AFFILIATE.

21



People helping people through innovation

CUNA Mutual Group  1999 Annual Report

### Combined Financial Information (000,000's omitted)

| | The member companies of CUNA Mutual Group* | | CUNA Mutual Life Insurance Company | | Combined** | |
|---|---|---|---|---|---|---|
| | **1999** | 1998 | **1999** | 1998 | **1999** | 1998 |
| Assets | $ **3,659** | $ 3,585 | $ **4,861** | $ 4,061 | $ **8,497** | $ 7,621 |
| Total Surplus*** | **591** | 533 | **279** | 254 | **870** | 787 |
| Revenues | **1,982** | 1,891 | **993** | 842 | **2,922** | 2,687 |
| Benefits to Policyowners | **1,246** | 1,181 | **850** | 725 | **2,096** | 1,906 |
| Life Insurance in Force | **95,220** | 92,592 | **14,511** | 14,026 | **106,547** | 103,813 |

\* The consolidated financial information for the CUNA Mutual Group includes the following insurance companies: CUNA Mutual Insurance Society, CUMIS Insurance Society Inc., and The CUMIS Group Ltd., along with the results of several related entities.

\** Entries to eliminate transactions between CUNA Mutual Group and CUNA Mutual Life have been made; therefore amounts may not sum.

\*** Statutory Surplus plus Asset Valuation Reserve (AVR).

These are only some of the things we are doing to earn your trust and business.

We are also proud to be leaders in protecting individual consumers' privacy. CUNA Mutual helped make sure the law Congress passed last year did not place credit unions at a competitive disadvantage. We see the new law as requiring other companies in our industry to have the kind of up-front, honest dealings with consumers and strategic partners that we have had since our inception. The core principles in the legislation are already ingrained at the CUNA Mutual Group and our permanent affiliate, CUNA Mutual Life Insurance Company.

It also happens that our ethical and financial strengths go hand-in-hand. In 1999 we continued to build the reserves that guarantee our ability to pay claims in good times and bad, with a combined surplus nearing $870 million. Total assets were $8.5 billion at year-end, up 11.5%. Combined revenues increased 8.7% to $2.9 billion, and we held expenses below our budget plan.

This performance is reflected in our ratings of AA (Very High) for claims paying ability from Duff & Phelps, and A (Excellent) for financial stability and operating performance from A.M. Best for CUNA Mutual Insurance Society, CUMIS Insurance Society Inc., and CUNA Mutual

Life Insurance Company. Nearing mid-year in 2000, we are positioned, in terms of leadership and financial strength, for continued growth. We have a healthy reserve to tap for new product and service development and the exploration of additional partnership opportunities.

Finally, this is our focus: the total success of credit unions. To stay focused, we have clearly defined our goals, our values, and our purpose to our 5,000-plus employees. We have in place the dedicated people, the vision, and the financial strength to continue delivering the performance you have come to expect, and will demand tomorrow, from your most trusted business partner.

Thank you for giving us the opportunity to be of service.

Sincerely,

**Neil A. Springer**
Chairman of the Board
CUNA Mutual Group

**Michael B. Kitchen**
President & Chief Executive Officer
CUNA Mutual Group

# mbined Five-Year Performance



### Assets
(In Billions)

$6.1, $3.4, $6.5, $3.5, $3.6, $7.6, $3.6, $8.5, $3.7

95  96  97  98  99

CUNA Mutual Group
Combined

### Revenues
(In Billions)

$1.77, $2.3, $1.80, $2.4, $1.82, $2.6, $1.89, $2.7, $1.98, $2.9

95  96  97  98  99

CUNA Mutual Group
Combined

### Total Surplus
(Includes AVR)
(In Millions)

$396, $585, $435, $640, $482, $714, $533, $787, $591, $870

95  96  97  98  99

CUNA Mutual Group
Combined



### Total Benefits Paid to Policyowners
(In Billions)

$1.6, $1.15, $1.7, $1.16, $1.8, $1.18, $1.9, $1.18, $2.1, $1.25

95  96  97  98  99

CUNA Mutual Group
Combined

### Life Insurance in Force
(In Billions)

$89, $100, $92, $103, $93, $104, $93, $104, $95, $107

95  96  97  98  99

CUNA Mutual Group
Combined

*Am... ...ude the companies of the CUNA Mutual Group and CUNA Mutual Life Insurance Company, a permanent affiliate of the CUNA Mutual Group.

# Financial Statements·

### CUNA Mutual Group
### December 31, 1999 and 1998
(Amounts in Thousands) (Unaudited)

### Consolidated Statutory Balance Sheet

|  | 99 | 98 |
|---|---|---|
| **Assets** | | |
| Bonds and Notes | $ 2,577,114 | $ 2,448,902 |
| Equity Securities | 295,679 | 267,518 |
| Mortgage Loans | 126,370 | 134,548 |
| Real Estate | 60,632 | 61,387 |
| Policy Loans | 12,159 | 11,765 |
| Cash and Short-term Investments | 179,030 | 258,721 |
| **Total Cash and Invested Assets** | 3,250,984 | 3,182,841 |
| Accrued Investment Income | 40,133 | 42,635 |
| Premiums Receivable | 134,296 | 133,671 |
| Other Assets | 233,919 | 225,690 |
| **Total Assets** | **$ 3,659,332** | **$ 3,584,837** |
| **Liabilities and Policyowners' Surplus** | | |
| Insurance and Annuity Reserves | $ 1,867,530 | $ 1,828,494 |
| Premium and Deposit Funds | 537,403 | 556,456 |
| Unearned Premiums | 170,127 | 165,666 |
| Dividends Payable to Policyowners | 9,732 | 8,950 |
| Other Liabilities | 483,902 | 492,151 |
| Asset Valuation Reserve | 167,445 | 142,676 |
| **Total Liabilities** | 3,236,139 | 3,194,393 |
| **Total Policyowners' Surplus** | 423,193 | 390,444 |
| **Total Liabilities and Policyowners' Surplus** | **$ 3,659,332** | **$ 3,584,837** |

### Consolidated Statutory Statement of Operations
### For the periods ended December 31, 1999 and 1998

|  | 99 | 98 |
|---|---|---|
| **Revenues** | | |
| Life and Health Premiums and Deposits | $ 1,271,226 | $ 1,162,899 |
| Property and Casualty Premiums | 320,560 | 360,615 |
| Net Investment Income | 194,517 | 199,811 |
| Net Realized Investment Gains | 20,241 | 30,097 |
| Other Income | 175,208 | 137,251 |
| **Total Revenues** | 1,981,752 | 1,890,673 |
| **Benefits and Expenses** | | |
| Life and Health Insurance Benefits | 1,054,315 | 951,810 |
| Property and Casualty Insurance Benefits | 183,186 | 221,202 |
| Operating Expenses | 552,121 | 541,656 |
| Dividends to Policyowners | 8,614 | 8,279 |
| Other Expenses | 118,297 | 89,881 |
| **Total Benefits and Expenses** | 1,916,533 | 1,812,828 |
| **Income Before Federal Income Tax Expense** | 65,219 | 77,845 |
| **Federal Income Tax Expense** | 15,146 | 25,937 |
| **Net Income** | **$ 50,073** | **$ 51,908** |

*Does not include the financial position and results of operations of CUNA Mutual Life Insurance Company, CUNA Mutual Group's permanent affiliate.

# CUNA Mutual Group Board of Directors



**Neil A. Springer** *Chairman*, Managing Director
Springer & Associates, LLC, Chicago, Illinois

**Loretta M. Burd** *Secretary*, President & CEO
Centra Credit Union, Columbus, Indiana

**Joseph N. Cugini** *Vice Chairman*,* President & CEO
Westerly Community Credit Union,
Westerly, Rhode Island

**Rosemarie M. Shultz** President & CEO (Retired)
North Coast Credit Union, Bellingham, Washington

**Robert T. Lynch** Treasurer/General Manager
(Retired)
Detroit Teachers Credit Union, Detroit, Michigan

**Brian L. McDonnell** President & CEO
Navy Federal Credit Union, Vienna, Virginia

**Farouk D.G. Wang** Director, Buildings &
Grounds Management
Univ. of Hawaii at Manoa, Honolulu, Hawaii

**Larry T. Wilson** President & CEO
Coastal Federal Credit Union
Raleigh, North Carolina

**Michael B. Kitchen** President & CEO
CUNA Mutual Group, Madison, Wisconsin

**James L. Bryan** *Treasurer*, President & CEO
Texans Credit Union, Richardson, Texas

**W.F. Broxterman** President & CEO
The Broxterman Group, Credit Union
Consultants, Rancho Mirage, California

**Ralph B. Canterbury** President (Retired)
US Airways Federal Credit Union
Moon Township, Pennsylvania

**R.C. (Dick) Robertson**,* President &
General Manager
Arizona State Savings & Credit Union,
Phoenix, Arizona

**Rudy J. Hanley** President & CEO
Orange County Teachers Federal Credit
Union, Santa Ana, California

**Jerald R. Hinrichs** President
Hinrichs & Associates, Insurance
Marketing Consultants
New Canaan, Connecticut

**C. Alan Peppers** President & CEO
Denver Public Schools Credit Union
Denver, Colorado

**Omer K. Reed** Chairman
Pentegra Dental Group, Inc., Phoenix, Arizona

**Robert W. Bream** President & CEO
United Airlines Employees' Credit Union
Chicago, Illinois

**James C. Barbre** President & COO
ACT Technologies, Inc., Dalton, Georgia

* Retired from the Board

While the physical world hasn't changed,
everything in it has.



CUNA Mutual Group
Your partner in change

1998 Annual Report

CUNA Mutual Group
P.O. Box 391
Madison, Wisconsin 53701

Bulk Rate
U.S. Postage
PAID
Madison, WI
Permit No. 1104

■ REPLACING MAY/JUNE 1999 ISSUE ■

# Dimensions

## 1998 CUNA MUTUAL GROUP ANNUAL REPORT

CUNA MUTUAL GROUP

## To our policyowners

Dramatic, exciting, precedent-setting...all terms that describe 1998. For credit unions, credit union members and CUNA Mutual Group, the year was distinguished by such landmark events as the successful campaign to ensure all Americans the right to choose a credit union as their source for financial services. In less than six months, the united credit union movement turned a Supreme Court setback into a legislative victory unparalleled since enactment of the Federal Credit Union Act in 1934. CUNA Mutual was pleased to have been a supporter of this grassroots campaign.

1998 will go down in history as one of the most significant years of advancement in the U.S. credit union movement, and not only from the legislative standpoint. It was also a year in which the movement and CUNA Mutual made tremendous business progress.

Specifically, the combined companies of CUNA Mutual Group and CUNA Mutual Life Insurance Company made great strides in three broad areas. We have: (1) renovated core lines and introduced new products and services; (2) added value through enhanced business relationships; and (3) helped build unity of purpose throughout the movement.

In this age of megamergers, our job is to help your credit union equal or exceed all competitors at delivering a full range of financial services, while growing belief and pride in traditional credit union values. Our corporate culture now embraces adaptation and continuous improvement. In 1998, we delivered a wealth of new



Michael B. Kitchen and Larry T. Wilson

business solutions, including a "basic" 401(k) plan for small credit unions...LendingDIRECT programs for increasing loan volume...risk-based pricing of our bond... MEMBERS Mutual Funds...and MEMBERS Long-Term Care insurance. Our core competencies include insurance, investments and technology. PC WEEK magazine last year recognized CUNA Mutual as one of the nation's top 500 companies for electronic commerce and Internet business solutions.

While the physical world hasn't changed since our founding by credit unions in 1935, it seems as though everything else has. Today, CUNA Mutual is much more than the credit union insurance company. We are a sophisticated financial services company owned by credit unions and dedicated to their success. Without CUNA Mutual's fidelity bond, many credit unions would not be

### Combined Financial Highlights
(Dollars in Millions)

|  | CUNA Mutual Group* | | CUNA Mutual Life Insurance Company | | Combined** | |
|---|---|---|---|---|---|---|
|  | 98 | 97 | 98 | 97 | 98 | 97 |
| Assets | $ 3,585 | $ 3,574 | $ 4,061 | $ 3,472 | $ 7,621 | $ 7,016 |
| Total Surplus*** | 533 | 482 | 254 | 232 | 787 | 714 |
| Revenues | 1,891 | 1,817 | 842 | 767 | 2,733 | 2,584 |
| Benefits to Policyowners | 1,181 | 1,181 | 725 | 637 | 1,906 | 1,818 |
| Life Insurance Force | 92,592 | 92,538 | 14,026 | 13,370 | 106,618 | 105,908 |

\* The consolidated financial information of the CUNA Mutual Group includes the following insurance companies: CUNA Mutual Insurance Society, CUNA Insurance Society, Inc., MEMBERS Life Insurance Company, and the CUMIS Group Ltd., along with the results of several related entities.

\*\* Entries to eliminate transactions between CUNA Mutual Group and CUNA Mutual Life have been made, therefore, amounts may not sum.

\*\*\* Statutory Surplus plus Asset Valuation Reserve (AVR).

able to open for business. Without a dedicated, performing institution like CUNA Mutual, these same credit unions would be ill-equipped to provide retirement plans and other employee and executive benefits that are so critical to retaining and recruiting the caliber of credit union personnel that, in turn, are so critical to each institution's success.

That drive, focus and passion inspire us to open our doors every morning and go to work for you. In 1998, among other things, we laid the groundwork for a revolutionary initiative. That preparation paved the way for us to this year begin rolling out MEMBERS Financial Services, a uniquely flexible marketing, delivery and branding strategy for credit unions.

More than ever, financial services is a business of information and knowledge. But those aren't our only sources of value. We also offer unmatched levels of trust and cooperation. We share your history and aspirations. And credit unions are our sole business. Thus, in 1998, we began several major internal leadership and team-building initiatives to ensure that our employees even more fully synthesize themselves with your needs.

During 1998, we worked together in many ways to strengthen the credit union movement. We committed both human and financial resources to the Credit Union Campaign for Consumer Choice. We also helped address Year 2000 concerns with what the cable network MSNBC called one of the top Y2K Web sites for our industry (www.cuy2k.com). And we continued to help ensure that great products, services and access are hallmarks of all credit unions, including small ones.

We made big strides in 1998 and are off to a fast start in 1999, but equally important are our solid financial underpinnings. We're pleased to report that the companies of the CUNA Mutual Group and CUNA Mutual Life continued

to build the reserves that guarantee our ability to pay cl... Combined surplus reached $787 million in 1998. Total as... were $7.6 billion, up 8% from 1997, due in large part to the excellent performance of our registered investment advisor, CIMCO Inc., during a turbulent year in financial markets. Combined revenues increased 6% to $2.7 billion, up from $2.6 billion in 1997. While we invested significantly in our people and systems, we held expenses under plan for the year.

Our performance is reflected in our most recent ratings of AA (Very High) from Duff & Phelps, and A (Excellent) from A.M. Best for both CUNA Mutual Life Insurance Company and CUNA Mutual Insurance Society.

We also demonstrated our commitment to credit union growth by naming to our board three CEOs of credit unions that provide remarkable service: Rudy Hanley of Orange County Teachers Federal CU in Santa Ana, Calif., Brian McDonnell of Navy Federal CU in Vienna, Va., and Alan Peppers of Denver Public Schools CU in Denver, Colo. Their expertise, and that of the entire board, ensures that CUNA Mutual is committed to creating solutions for you and your members' financial security in 1999 and beyond.

Sincerely,



Larry T. Wilson
*Chairman of the Board*
CUNA Mutual Group

Michael B. Kitchen
*President & Chief Executive Office...*
CUNA Mutual Group



**Life Insurance in Force**
$106,618
$105,908
$104,789

**Assets**
$7,621
$7,016
$6,525

**Revenues**
$2,733
$2,584
$2,436

**Benefits to Policyowners**
$1,906
$1,818
$1,686

96  97  98

# Financial Statements*

### CUNA Mutual Group
December 31, 1998 and 1997 (Amounts in Thousands) (Unaudited)

### Consolidated Statutory Balance Sheet

| | 98 | 97 |
|---|---:|---:|
| **Assets** | | |
| Bonds and Notes | $ 2,448,902 | $ 2,621,504 |
| Equity Securities | 267,518 | 191,615 |
| Mortgage Loans | 134,548 | 112,620 |
| Real Estate | 61,387 | 52,340 |
| Policy Loans | 11,765 | 12,057 |
| Cash and Short-term Investments | 258,721 | 181,353 |
| **Total Cash and Invested Assets** | 3,182,841 | 3,171,489 |
| Accrued Investment Income | 42,635 | 45,944 |
| Premiums Receivable | 133,671 | 129,100 |
| Other Assets | 225,690 | 227,059 |
| **Total Assets** | $ 3,584,837 | $ 3,573,592 |
| **Liabilities and Policyowners' Surplus** | | |
| Insurance and Annuity Reserves | $ 1,828,494 | $ 1,871,625 |
| Premium and Deposit Funds | 556,456 | 584,749 |
| Unearned Premiums | 165,666 | 173,416 |
| Dividends Payable to Policyowners | 8,950 | 9,252 |
| Other Liabilities | 492,151 | 452,191 |
| Asset Valuation Reserve | 142,676 | 132,290 |
| **Total Liabilities** | 3,194,393 | 3,320,523 |
| **Total Policyowners' Surplus** | 390,444 | 343,069 |
| **Total Liabilities and Policyowners' Surplus** | $ 3,584,837 | $ 3,573,592 |

### Consolidated Statutory Statement of Operations

| | | |
|---|---:|---:|
| **Revenues** | | |
| Life and Health Premiums and Deposits | $ 1,162,899 | $ 1,111,873 |
| Property and Casualty Premiums | 360,615 | 385,501 |
| Net Investment Income | 199,811 | 206,306 |
| Net Realized Investment Gains | 30,097 | 5,679 |
| Other Income | 137,251 | 107,279 |
| **Total Revenues** | 1,890,673 | 1,816,638 |
| **Benefits and Expenses** | | |
| Life and Health Insurance Benefits | 951,810 | 918,976 |
| Property and Casualty Insurance Benefits | 221,202 | 253,900 |
| Operating Expenses | 541,656 | 509,838 |
| Dividends to Policyowners | 8,279 | 8,186 |
| Other Expenses | 89,881 | 61,326 |
| **Total Benefits and Expenses** | 1,812,828 | 1,752,226 |
| **Income Before Federal Income Tax Expense** | 77,845 | 64,412 |
| **Federal Income Tax Expense** | 25,937 | 24,537 |
| **Net Income** | $    51,908 | $    39,875 |

*Does not include the financial position and results of operations of CUNA Mutual Life Insurance Company, CUNA Mutual Group's permanent affiliate.

# CUNA Mutual Group Board of Directors



Larry T. Wilson
Chairman



Neil A. Springer
Vice Chairman



Joseph N. Cugini
Treasurer
President & CEO
Westerly Community
Credit Union
Westerly, Rhode Island



James L. Bryan
Secretary
President & CEO
Texans Credit Union
Richardson, Texas



James C. Barbre
President
& Chief Operating Officer
ACT Technologies, Inc.
Dalton, Georgia
Associated & Federal CU



Jerald R. Hinrichs
President
Hinrichs & Associates
Insurance Marketing
Consultants
New Canaan, Connecticut
CUNA CU



Michael B. Kitchen
President & CEO
CUNA Mutual Group
Madison, Wisconsin
CUNA CU



Robert T. Lynch
Treasurer/General Manager
(Retired)
Detroit Teachers Credit Union
Detroit, Michigan



Brian L. McDonnell
President & CEO
Navy Federal Credit Union
Vienna, Virginia

Directors of CUNA Mutual Insurance Society are elected by the Society's members (policyowners for at least one year). The Board of Directors is required to nominate a candidate for each position to be filled. Candidates may also be nominated by one percent or more of the Society's members, who shall file with the Secretary, no more than 90 nor less than 60 days prior to the election, a certificate signed and acknowledged by them giving the name, occupation, and address of their candidate(s), together with a statement signed by the candidate(s) that they will accept office if elected.

The Biennial General Election is held on the third Wednesday in April in even numbered years from 10 a.m. to 4 p.m., Central Standard Time, at the Home Office in Madison, Wisconsin. Notice of the date and location for Biennial General Elections is stated in each insurance policy issued by the Society. Members (policyowners) may vote in person or transmit their ballots to the Society by mail or courier. A ballot to vote for the election of directors will be sent upon request if there are no independent nominees. If there are independent nominees, ballots will be sent automatically to all members.

Directors of CUNA Mutual's subsidiary corporations are elected by the parent companies. It is the policy of the CUNA Mutual Group that all major subsidiaries be served by a common board of directors.

22



CUNA
MUTUAL
GROUP
1997
ANNUAL REPORT

Creating

Security *cial*





## CUNA MUTUAL GROUP

P.O. Box 391 • 5910 Mineral Point Rd
Madison, WI 53701-0391
www.cunamutual.com



...nese efforts also ...tail with our com...itment to maintain ...ur strength and finan...ial stability. For the ...cond year in a row, ...ombined revenues grew ...y approximately 6%. We ...lso continued to grow ...ur surplus, the reserves ...hat guarantee our abil...ty to pay claims. After ...xceeding the $600 ...million milestone in ...996, combined surplus ...eached $714 million in ...997. Combined total ...ssets increased more ...han 7.5% to $7.02 ...illion, another record.

This performance ...reflected in our ratings ...f AA (Very High) from ...uff & Phelps and A ...Excellent) from A.M. ...a... for both CUNA ...ual Insurance ...ociety and CUNA ...utual Life.

CUNA Mutual ...roup and CUNA ...utual Life share char...cteristics with other ...uccessful insurers, ...ncluding the ability to ...rve a specific market; ...evelop specialty prod...cts; use traditional and ...ew distribution systems; ...d achieve high cus...mer satisfaction. We ...chieve that satisfaction ...n no small part because

we conduct business ethically. Indeed, in 1998, we became one of the first insurance companies to be certified by the Insurance Marketplace Standards Association. Our Business With Integrity program monitors our market conduct even more stringently.

Our traditions and values, priceless in today's marketplace, are surely a boon to longevity. CUNA Mutual Life and its predecessors have been serving policyowners since 1879; CUNA Mutual Group, since 1935. We are prospering because we are leaders in our business, all for credit unions and their members, the greatest niche in financial services.

We invite you to meet some of our valued policyowners, along with CUNA Mutual people who, behind the scenes, helped them to create financial security.

The theme of this annual report is *Creating Financial Security*. That's the result of CUNA Mutual and credit unions working together to serve the credit union movement.

*Larry T. Wilson*

Larry T. Wilson
*Chairman of the Board*
CUNA MUTUAL GROUP

*Michael B. Kitchen*

Michael B. Kitchen
*President & Chief Executive Officer*
CUNA MUTUAL GROUP

## 1997 Combined Financial Highlights

(000,000's omitted)

| | CUNA Mutual Group | | CUNA Mutual Life Insurance Company | | Combined* | |
|---|---|---|---|---|---|---|
| | **97** | 96 | **97** | 96 | **97** | 96 |
| Assets | $ 3,574 | $ 3,530 | $ 3,472 | $ 3,030 | $ 7,016 | $ 6,525 |
| Total Surplus** | 482 | 435 | 232 | 205 | 714 | 640 |
| Revenues | 1,815 | 1,800 | 767 | 638 | 2,582 | 2,438 |
| Benefits to Policyowners | 1,181 | 1,162 | 637 | 524 | 1,818 | 1,686 |
| Life Insurance in Force | 92,538 | 91,805 | 13,370 | 12,984 | 105,908 | 104,789 |

\*  Entries to eliminate transactions between CUNA Mutual Group and CUNA Mutual Life have been made; therefore, amounts may not sum.

\*\* Statutory Surplus plus Asset Valuation Reserve (AVR).



Benefits to Policyowners
$1,571 — $1,686 — **$1,818**
95  96  **97**

Revenues
$2,293 — $2,438 — **$2,582**
95  96  **97**

Assets
$6,116 — $6,525 — **$7,016**
95  96  **97**

Life Insurance in Force
$101,440 — $104,789 — **$105,908**
95  96  **97**

## Business Highlights

- Combined assets grew 7.5%, reaching $7.02 billion and surpassing the $7 billion mark for the first time ever.

- After exceeding the $600 million milestone in 1996, policyowner total surplus surpassed $700 million for the first time.

- The surplus/asset ratio improved from 9.8% at year-end 1996 to 10.2% at year-end 1997.

- Combined revenues rose 5.9% to $2.58 billion.

- The combined companies returned to policyowners more than $1.8 billion in benefits.



*From rural Wisconsin to the Wyoming mountains and beyond, credit unions and CUNA Mutual are creating financial security. Here are a few of those stories.*

*They reflect the confidence that people and credit unions have in CUNA Mutual and the trust that CUNA Mutual people strive to earn every day with the products and*

1

### Assets
(In Billions)



$4.8  $5.5  $6.1  $6.5  $7.0

93 94 95 96 97

## COMBINED
## FIVE YEAR
## PERFORMANCE*

### Total Surplus
(Includes AVR) (In Millions)



$470  $523  $585  $640  $714

93 94 95 96 97

### Revenues
(In Billions)

$2.0  $2.2  $2.3  $2.4  $2.6

93 94 95 96 97





### Total Benefits Paid to Policyowners
(In Billions)

$1.4  $1.5  $1.6  $1.7  $1.8



93 94 95 96 97

### Life Insurance in Force
(In Billions)

$87  $97  $101  $105  $106



93 94 95 96 97

* Amounts include CUNA Mutual Group and CUNA Mutual
Life Insurance Company, a permanent affiliate of the CUNA
Mutual Group. Prior to 1994, CUNA Mutual Group amounts
include CUNA Mutual Insurance Society and its domestic
insurance subsidiaries. For subsequent years, CUNA Mutual
Group amounts include CUNA Mutual Insurance Society and
all significant majority-owned subsidiaries.

**EXHIBIT D**



# Madison Freelance
## Reporters, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NANCY HALL, individually and as the
Representative and Administratrix of
the Estate of Tommy Hall, deceased,
her husband,

   Plaintiff,

  v.        Law No. 1:01-CV-1265

CUNA MUTUAL GROUP, CUNA MUTUAL
INSURANCE SOCIETY,

   Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION OF PAUL LAWIN

Thursday, March 28th, 2002

1:20 p.m.

Reported by:  Becky J. Gantt, RPR



131 W. Wilson St. • Suite 1000 • Madison, Wisconsin 53703

Phone: (608) 255-8100    Fax: (608) 255-4096

www.madisonfreelance.com

2

1          DEPOSITION of PAUL LAWIN, a witness in the

2     above-entitled action, taken at the instance of the

3     plaintiff, under the provisions of Chapter 804 of the

4     Wisconsin Statutes pursuant to notice, before BECKY J.

5     GANTT, a Registered Professional Reporter and Notary

6     Public in and for the State of Wisconsin, at the law

7     offices of Davis & Kuelthau, S.C., 10 East Doty Street, in

8     the City of Madison, County of Dane, and State of

9     Wisconsin, on the 28th day of March, 2002, commencing at

10     1:20 p.m.

11

12                    * * * * * *

13                  A P P E A R A N C E S

14          MR. STEPHEN R. PEDERSEN,
                Attorney at Law,
15              214 Senate Avenue, Site 602,
                Camp Hill, Pennsylvania, 17011-2336,
16              appearing on behalf of the
                plaintiff;
17
          MR. MICHAEL R. KELLEY,
18              McNEES, WALLACE & NURICK,
                Attorneys at Law,
19              100 Pine Street,
                P.O. Box 1166,
20              Harrisburg, Pennsylvania 17108-1166,
                appearing on behalf of the
21              defendants.

22          ALSO PRESENT:  Mark Richardson

23                    * * * * * *

24

25

4

1                         PAUL LAWIN,

2              having been first duly sworn on oath,

3              was examined and testified as follows:

4

5                         EXAMINATION

6    By Mr. Pedersen:

7    Q    Good afternoon, Mr. Lawin, we were just introduced.

8         I'm Steve Pedersen, and I represent Mrs. Hall and the

9         estate of her deceased husband in an action that's

10        been brought against CUNA Mutual.  Are you aware of

11        any of the facts of what the lawsuit is about?

12   A    I talked to Mike and --

13   Q    Now, what I'll exclude is any conversations that

14        you've had with Mr. Kelly --

15   A    Okay.  No.

16   Q    -- and only just ask you if as you sit here today you

17        have some awareness of what the lawsuit is about?

18   A    I think so.

19   Q    And what's your understanding of what it's about?

20   A    My understanding -- let's see, her husband bought a

21        policy.  We would call it an HMP, home mortgage

22        protection policy, I think '98.  He died in '99,

23        cause of death was cancer.  We did some investigation

24        on that because there was a question apparently on

25        the application -- I've never seen the application of

8

1    A    They have same members of boards of directors.  I'm

2         not sure what the, what the numbers fall into today.

3         And essentially within the building we manage the

4         companies as if they were one.

5  By Mr. Pedersen:

6    Q    What about CUNA Mutual Group?  How does that relate

7         to CUNA Mutual Insurance Society or CUNA Mutual Life

8         Insurance?

9    A    CUNA Mutual Group to me is a generic marketing name.

10       I wouldn't go beyond it.

11   Q    Are you aware of any formal structural link between

12       CUNA Mutual Group and either CMIS or CMLIC?

13           MR. KELLEY:  Object to the form.  You

14       can answer it.

15           THE WITNESS:  Pardon me?

16           MR. KELLEY:  I interposed an objection

17       to the form of his question, but you can answer

18       it.

19   A    I think I just said it.  I think the relationships

20       between CMIS and CML is that director and management

21       thing I referred to earlier.

22  By Mr. Pedersen:

23   Q    Do you know whether or not CUNA Mutual Insurance

24       Society files its own annual statements?

25   A    I'm not sure of the question.

9

| | | |
|---|---|---|
| 1 | Q | Do you play any role or are you aware of annual |
| 2 | | statements that are filed by insurance companies with |
| 3 | | various -- |
| 4 | A | I'm aware of annual statements.  I have worked on |
| 5 | | annual statements. |
| 6 | Q | Are you aware that CUNA Mutual Insurance Society |
| 7 | | files annual statements in virtually all of the 50 |
| 8 | | states? |
| 9 | A | Yes. |
| 10 | Q | And does CUNA Mutual Life Insurance Company also file |
| 11 | | annual statements? |
| 12 | A | Yep. |
| 13 | Q | Does CUNA Mutual Group prepare annual statements? |
| 14 | A | Again, I'm -- I would be speculating there.  I don't |
| 15 | | view CUNA Mutual Group as an insurance company. |
| 16 | Q | Have you ever seen or heard of the CUNA Mutual Group |
| 17 | | annual report? |
| 18 | A | Something that would be mailed to policyowners, a |
| 19 | | glossy book? |
| 20 | Q | I don't have the glossy version.  I have some black |
| 21 | | and whites.  But let me show you four documents that |
| 22 | | are labeled CUNA Mutual Group Annual Report and they |
| 23 | | correspond with years 1997, '98, '99, and 2000.  Have |
| 24 | | you seen those before? |
| 25 | A | I can't tell you for sure if I have.  I'm a |

MADISON FREELANCE REPORTERS, LLC

1        policyowner of CUNA Mutual Life Insurance Company and

2        as such I get a, a glossy thing.  But I'm not sure

3        that it was these.  I can't say that I have seen

4        these before.

5    Q   Do they appear to be annual reports for CUNA Mutual

6        Insurance Group?

7    A   The face says CUNA Mutual Group 2000 Annual Report,

8        so that's what I know.

9    Q   Okay.  Is there financial data in these documents

10       with respect to assets, operating revenues, and

11       income?

12   A   Are you talking about this page back here?

13   Q   Yeah.  The financial statement.

14   A   Yep.  I can see that page.

15   Q   Does that appear to be a financial statement for

16       mutual, CUNA Mutual Group?

17   A   That's the way it's labeled.

18   Q   Can you tell us as an actuary --

19   A   Uh-huh.

20   Q   -- and let's start with, with the 2000 and we'll work

21       backwards --

22   A   Okay.

23   Q   -- 2000 report.

24   A   You're on this page?

25   Q   Yes.  Can you tell me what were the total assets

11

| | | |
|---|---|---|
| 1 | | reported by CUNA Mutual Group? |
| 2 | A | I see -- the heading on this page is missing.  This |
| 3 | | is 2000 here, this column? |
| 4 | Q | That's how I received the document from CUNA Mutual |
| 5 | | counsel. |
| 6 | A | This one appears to say 1999 on top.  So I would say |
| 7 | | the 2000 one looks to be 3,729,000,000. |
| 8 | Q | And for 1999 the comparison that was made? |
| 9 | A | 3,659,000,000. |
| 10 | Q | And what about the total liabilities and policyowner |
| 11 | | surplus? |
| 12 | A | Those are the same numbers for the two years. |
| 13 | Q | And what is that? |
| 14 | A | It would be in 2000 again 3,729,000,000 and in 1999, |
| 15 | | 3,659,000,000. |
| 16 | Q | And is there a listing of total operating revenues? |
| 17 | A | Yes, there is. |
| 18 | Q | And what is that, the total? |
| 19 | A | In 2000, $2,050,000,000 and in 1999, 1,961,000,000. |
| 20 | Q | Does it appear to you that CUNA Mutual Group is a |
| 21 | | profitable entity? |
| 22 | A | Net income at the bottom is positive. |
| 23 | Q | And what is the net income of each of the two years? |
| 24 | A | It's 49 million in 2000 and 50 million in 1999. |
| 25 | Q | So does it appear to be a profitable, |

MADISON FREELANCE REPORTERS, LLC

12

1        profit-generating company?

2    A   The profit is positive, bottom line is positive.

3    Q   Do you own stock in CUNA Mutual?

4    A   No.  Nobody owns stock in CUNA Mutual.

5    Q   Can you look at the board of directors listing on the

6        back?

7    A   Uh-huh.

8    Q   Do you recognize any of those names or entities as

9        board members from CUNA Mutual Insurance Society or

10       CUNA Mutual Insurance, Life Insurance?

11   A   I know a couple of these names and faces as people

12       that I've met maybe ten years ago, and so I don't

13       know which of them might still be on which board.

14   Q   So you don't know what, if any, overlap there is

15       between CUNA Mutual Group board of directors and any

16       of the other entities, CUNA Mutual Insurance Society?

17   A   Right.  I could not name the people that would

18       overlap.

19   Q   Does there appear to be at least some overlap?

20   A   There was when the affiliation was first done back in

21       1992 or 1990.

22   Q   Okay.  Did you say you played some role in preparing

23       annual statements for CUNA Mutual Life Insurance

24       Company?

25   A   Yes.

13

1    Q    So you're familiar with the format of annual

2         statements?

3    A    Somewhat.

4    Q    Let me show you the annual statements that have been

5         produced for CUNA Mutual Insurance Society from 1998

6         through 2001.  Let me ask if you can look at the

7         2001 --

8    A    Uh-huh.

9    Q    -- annual report.

10   A    Uh-huh.

11   Q    And can you tell me with respect to CUNA Mutual

12        Insurance Society, those same categories that we just

13        described on CUNA Mutual Group.

14   A    Yes.  Here on Page 2 it lists assets, if that's what

15        you were --

16   Q    Yes.  At the top of at least one of these documents

17        they refer to Pennsylvania only.  And if there's a

18        differentiation, let's make it.

19   A    This one doesn't have any differentiation.

20   Q    So that appears to be nationwide; is that right?

21   A    I would -- well, again, I'm going to have to say I

22        assume so.  It says in the state of Wisconsin on the

23        cover, so this is the Wisconsin statement.

24   Q    And then it's sent out to various states and

25        designated at the bottom?