cc: Court, left k

(20)
4-19-02
MA

Hall v. CUNA Insurance                                           8:30 a.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**MINUTES OF CONFERENCE**

CASE No. __1:CV-01-1265__

DATE __April 18, 2002__

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference __Issue re Expert's Access to Original Material__

Time Commenced __8:30__     Time Terminated __8:35__

| **PLAINTIFF:** | **APPEARANCES** | **DEFENDANT:** |
|---|---|---|
| Steven Petersen, Esquire | | Charles Young, Esquire |

**REMARKS**

Steps to have handwriting expert to see original documents - extend discovery to May 31 & change CMO. Def. to respond to P's request for production of documents. Discovery extended to 5/31 only for the above.

FILED
APR 18 2002
PER _____
HARRISBURG, PA  DEPUTY CLERK