

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NANCY HALL,   : CIVIL NO. 1:CV-01-1265
    Plaintiff   :
    v.   :
CUNA MUTUAL GROUP;   :
AND CUNA MUTUAL INSURANCE,   :
    Defendants   :



### ORDER

Pursuant to a conference call this date, **IT IS HEREBY ORDERED THAT** the deadlines set forth in the November 9, 2001 case management order are amended as stated below. Counsel shall note that all other provisions of the November 9, 2001 case management order remain in effect.

1) Discovery is reopened until May 31, 2002, **only for the following purposes:**

    a) Plaintiff shall permit Defendants' expert access to original documents for purposes of examination. Plaintiff's counsel may be present for said examination.

    b) Defendants shall respond to questions 4 through 18 of Plaintiff's request for production of documents.

2) The deadline for Plaintiff's expert is July 1, 2002.

3) The deadline for Defendants' expert report is July 31, 2002.

4) The deadline for supplemental/rebuttal reports is August 15, 2002.

5) Dispositive motions **and** supporting briefs shall be filed no later than August 30, 2002.

      6) Motions *in limine* **and** supporting briefs shall be filed no later than November 4, 2002.

      7) Pretrial memoranda shall be filed no later than **noon** on Wednesday, November 20, 2002, in conformity with the local rules.

      8) The pretrial conference is rescheduled from October 4, 2002 to Wednesday, November 27, 2002 at 1:30 p.m. in the chambers of Courtroom No. 3.

      9) This case is removed from the October 2002 trial list and is added to the December 2002 trial list. Jury selection for cases on the December list will commence at 9:30 a.m. on Monday, December 2, 2002 in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Counsel are advised that criminal cases have priority and may delay the commencement of civil trials. A date certain for trial may be discussed at the pretrial conference; however, counsel shall be prepared to go forward with trial at any time during the trial term.

      */s/ Sylvia H. Rambo*
      SYLVIA H. RAMBO
      United States District Judge

Dated: April 19, 2002.