

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Nancy Hall, individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband, Plaintiff | : : : : : : | CIVIL ACTION - LAW |
| v. | : | 1:01-CV-1265 |
| Cuna Mutual Group, Cuna Mutual Insurance Society, Defendants | : : : : | (Judge Sylvia H. Rambo) |

FILED
HARRISBURG, PA
AUG 1 2 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

AND NOW, this 12 day of August, 2002, the Defendants' Uncontested Motion for Authorization to File a Brief of Up to 35 Pages in Support of Their Motion for Partial Summary Judgment is hereby GRANTED. Defendants may file a Brief of up to 35 pages in support of the Motion for Partial Summary Judgment, and Plaintiffs may file a Brief of up to 35 pages in opposition to Defendants' Motion for Partial Summary Judgment.

BY THE COURT:

_Sylvia H. Rambo_
Sylvia H. Rambo
United States District Judge