

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY HALL, Individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband, | CIVIL ACTION NO. 1:CV-01-1265<br><br>(Judge Conner) |
| Plaintiff | |
| v. | |
| CUNA MUTUAL GROUP, et al., | |
| Defendants | |

FILED
HARRISBURG, PA
AUG 2 1 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

AND NOW this 21st day of August, 2002, it is hereby ORDERED that a brief status conference will be conducted by the Court <u>by telephone</u> on Wednesday, September 4, 2002 at 10:10 a.m. The purpose of the status conference is to review the pretrial/trial schedule and to address any pending issues. Trial counsel are expected to participate in the conference. Plaintiffs' counsel shall initiate the conference call (the Court's new telephone number is 717/221-3945).

_____
CHRISTOPHER C. CONNER
United States District Judge