IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
SEP 0 5 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### MINUTES OF CONFERENCE

CASE: **NANCY HALL, Individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband, V. CUNA MUTUAL GROUP, et al. NO. 1:01-CV-1265**

DATE: September 4, 2002 @ 10:10 a.m.

Honorable Christopher C. Conner presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **STATUS CONFERENCE**

Time Commenced: *10:15 am*          Time Terminated: *10:35 am*

**PLAINTIFF: APPEARANCES**                    **DEFENDANT: APPEARANCES**

*Stephen Pederson*                             *Michael Kelley*
*Catherine Smith*

### REMARKS

*Review pretrial/trial schedule.*

Kimberly A. McKinney
USDC Deputy Clerk

N/A
Court Reporter