IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY HALL, Individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband,<br>　　　　　　　Plaintiff<br><br>　　v.<br><br>CUNA MUTUAL GROUP, et al.,<br>　　　　　　　Defendants | CIVIL ACTION NO. 1:01-CV-1265<br><br>**FILED**<br>HARRISBURG, PA<br>SEP 0 5 2002<br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk<br><br>(Judge Conner) |

## ORDER

On September 4, 2002, a Status Conference was held in this matter, to review the status of discovery and the pretrial/trial schedule.

As a result of that conference, the Court has determined that the following revised schedule shall apply to this matter.

1. A final pretrial conference will be held in this matter on **Monday, December 30, 2002, at 1:30 p.m. in Chambers**.

2. Trial in this case will take place in **January 2003**, with jury selection commencing on **Monday, January 6, 2003, at 9:30 a.m., in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, in Harrisburg, Pennsylvania** and trial commencing on **Tuesday, January 21, 2003**.

IT IS SO ORDERED.

Date: September 5, 2002

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　United States District Judge