

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
SEP 11 2002
MARY E. D'ANDREA, CLERK
Per _____

| | | |
|---|---|---|
| Nancy Hall, individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband, Plaintiff | : : : : : : | CIVIL ACTION - LAW |
| v. | : : | 1:01-CV-1265 |
| Cuna Mutual Group, Cuna Mutual Insurance Society, Defendants | : : : : | (Judge Christopher C. Conner) |

### DEFENDANTS' MOTION IN LIMINE
### REGARDING PLAINTIFF'S PROPOSED EXPERT TESTIMONY

For the reasons expressed in the Brief accompanying this Motion in Limine, Defendants request that the Court exclude the proposed testimony of Plaintiff's experts, Richard A. Schwartz and Michelle Doherty, due to the fact that (1) their expert reports are laced with conclusions of law and credibility judgments and (2) their expert reports are based on a flawed understanding of the concept of "post-claim underwriting." If necessary, Defendants request that the Court schedule a <u>Daubert</u> hearing to hear testimony regarding the exclusion of the testimony. See Fed. R. Evid. 104 & 702.

The conclusions of Plaintiff's experts are premised on incorrect methodology, and Plaintiff's experts espouse a definition of post-claim underwriting which is not reliable,

proper, or generally accepted. The proposed testimony of Plaintiff's experts should be excluded from evidence.

        Respectfully submitted,

        McNEES WALLACE & NURICK LLC

By _____
        Michael R. Kelley
        Charles T. Young
        100 Pine Street
        P.O. Box 1166
        Harrisburg, PA 17108-1166
        Phone: (717) 237-5322
        Fax: (717) 237-5300

        Attorneys for Defendants

Dated: September 11, 2002

## CERTIFICATE OF NONCONCURRENCE

I hereby certify that on September 11, 2002, I contacted the office of Plaintiff's counsel regarding this Motion in Limine, and Plaintiff's counsel does not concur in the Motion.

Charles T. Young, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date the foregoing document was served by U.S. first-class mail, postage prepaid, upon the following:

>Stephen R. Pedersen, Esquire
>214 Senate Avenue, Suite 602
>Camp Hill, PA 17011
>
>Catherine Mahady-Smith, Esquire
>3115-A N. Front Street
>Harrisburg, PA 17110

_____
Charles T. Young, Jr.
Attorney for Defendants

Dated: September 11, 2002