IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY HALL, individually and as the Representative and Administratrix of the Estate of TOMMY HALL, deceased, her husband, | : : : CIVIL NO. 1: 01-1265 : |
| Plaintiff | : |
| v. | : (Judge Conner) : |
| CUNA MUTUAL GROUP; CUNA MUTUAL INSURANCE SOCIETY, | : : : |
| Defendants | : |

FILED
HARRISBURG, PA
DEC 20 2002
MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

## ORDER

AND NOW, this 20th day of December, 2002, it is hereby ORDERED that plaintiff's motion in limine is DENIED.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

7