IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY HALL, Individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband,<br>　　　　Plaintiff<br><br>　　v.<br><br>CUNA MUTUAL GROUP, et al.,<br>　　　　Defendants | CIVIL ACTION NO. 1:01-CV-1265<br><br><br>(Judge Conner) |

## ORDER

AND NOW, this 23rd day of December, 2002, in the interests of judicial economy, IT IS HEREBY ORDERED that the date for **jury selection in this matter shall be rescheduled to take place on Tuesday, January 21, 2003, at 9:30 a.m.**, in Courtroom No. 2, instead of on Monday, January 6, 2003.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge