ORIGINAL

*[handwritten: 310 ct w/order]*    *[handwritten: 6( 1/7/ ]*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*[FILED HARRISBURG, PA    JAN 0 6 2003    MARY E. D'ANDREA, CLERK    Per _____]*

| | |
|---|---|
| Nancy Hall, individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband,<br>           Plaintiff | : CIVIL ACTION - LAW<br>:<br>:<br>:<br>:<br>:<br>: |
| v. | : 1:01-CV-1265 |
| CUNA Mutual Group, CUNA Mutual Insurance Society,<br>           Defendants | :<br>:<br>: (Judge Christopher C. Conner) |

### STIPULATION AND AGREEMENT

It is hereby STIPULATED and AGREED by and between the Plaintiff and Defendants, as follows:

1. The Estate of Tommy Hall shall be dismissed as a Plaintiff to this action, and the phrase "and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband" shall be stricken from the caption of the case.

2. CUNA Mutual Group is a trademark employed by CUNA Mutual Insurance Society and its subsidiaries.

3. CUNA Mutual Group shall be dismissed as a Defendant to this action, and the term "CUNA Mutual Group" shall be stricken from the caption of the case.

4. The dismissal of CUNA Mutual Group from this action shall be deemed "with prejudice," and all claims against CUNA Mutual Group, based upon the facts asserted and/or legal claims that have been or could have been asserted in this case, are forever barred.

_____
Stephen R. Pedersen

Counsel for Plaintiff

_____
Michael R. Kelley
Charles T. Young, Jr.

Counsel for Defendants