*See Attachment*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nancy Hall, individually and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband,<br>**Plaintiff**<br><br>v.<br><br>CUNA Mutual Group, CUNA Mutual Insurance Society,<br>**Defendants** | : CIVIL ACTION - LAW<br>:<br>:<br>:<br>:<br>:<br>:<br>: 1:01-CV-1265<br>:<br>:<br>:<br>: (Judge Christopher C. Conner) |

### ORDER

AND NOW, this 6th day of JANUARY, 2003, based upon the Stipulation and Agreement of the Parties, and good cause shown, it is hereby ORDERED and DIRECTED as follows:

1. The Estate of Tommy Hall shall be dismissed as a Plaintiff to this action, and the phrase "and as the Representative and Administratrix of the Estate of Tommy Hall, deceased, her husband" shall be stricken from the caption of the case.

2. CUNA Mutual Group is a trademark employed by CUNA Mutual Insurance Society and its subsidiaries.

3. CUNA Mutual Group shall be dismissed as a Defendant to this action, and the term "CUNA Mutual Group" shall be stricken from the caption of the case.

4. The dismissal of CUNA Mutual Group from this action shall be deemed with prejudice, and all claims against CUNA Mutual Group, based upon the facts asserted and/or legal claims that have been or could have been asserted in this case, are forever barred.

BY THE COURT:

*[signature]*

The Honorable Christopher C. Conner
United States District Judge