IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NANCY HALL, Individually,<br>　　　　Plaintiff | : | CIVIL ACTION NO. 1:01-CV-1265 |
| v. | : | (Judge Conner) |
| CUNA MUTUAL INSURANCE SOCIETY,<br>　　　　Defendant | : | |

**ORDER**

Counsel having reported to the court that this action has been settled, IT IS HEREBY ORDERED THAT this action is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: January *13*, 2003